UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Huofa Michael Zhang  (Petitioner)　　　　　　　　:

　　v.　　　　　　　　　　　　　　　　　　　　　　:

Judge Daniel Clifford (Defendant 1)　　　　　　　:
　　and　　　　　　　　　　　　　　　　　　　:
Court of Common Pleas of Montgomery　　　　:
County, Pennsylvania  (Defendant 2)　　　　　　:

CIVIL COMPLAINT

Petitioner, Huofa Michael Zhang, hereby files a civil complaint against Judge Daniel Clifford (Defendant 1) and Court of Common Pleas of Montgomery County, Pennsylvania (Defendant 2) for practicing racial discrimination against Petitioner in Defendant 2, for making ex parte questioning against Petitioner in Defendant2, and for trampling Petitioner's constitutional rights in Defendant 2.

** Facts:

1. Petitioner is a 57-year-old male American citizen of Chinese origin, residing at 511 Maple Ave, Dubois, PA 15801;

2. Defendant 1 is a judge associated with Defendant 2;

3. Defendant 2 is located at 2 Eairy St, Norristown, PA 19401;

4. Defendant 1 presides over the divorce litigation *Jiawa Feng v. Huofa Michael Zhang* (Docket Number: 2017-21831) filed with Defendant 2, in which Petitioner is Pro Se litigant.

5. Severe misconducts committed by Defendant 1 and Defendant 2 are summarized as follows:

1.) Racial Discrimination Against Petitioner

Defendant 1 has consistently discriminated against Petitioner in Defendant 2 because Petitioner is a Chinese immigrant and the other party's attorney Mr. Mark Zlock is Caucasian. This accusation is substantiated by the following facts:

a.) Defendant 1 gives Mr. Zlock much more time to speak in Defendant 2. As a matter of fact, Defendant 1 gives Mr. Zlock at least 5 times more time than he gives Petitioner.

b.) When Mr. Zlock speaks in Defendant 2, Defendant 1 patiently listens until Mr. Zlock finishes all his statements. Whenever Petitioner speaks, Defendant 1 always interrupts Petitioner in impatience, never allows Petitioner to finish his statements. Deeply

frustrated, Petitioner requested Defendant 2 to assign a Chinese-English interpreter to assist for the 16MAR2023 Zoom hearing, hoping this would stop Defendant 1 from interrupting Petitioner. However, the interpreter's presence in Defendant 2 on 16MAR2023 did not help Petitioner finish his statements. As soon as the interpreter finishes translating the first sentence Petitioner said, Defendant 1 interrupts right away so that Petitioner does not have the chance to state the second sentence. Defendant 1 never asks Petitioner whether he has finished his statements.

2.) Making Ex Parte Questioning Against Petitioner

On the 16MAR2023 Zoom hearing, Defendant 1 abruptly asked Petitioner if Petitioner has a job, who is Petitioner's employer, and what Petitioner's salary is. Defendant 1 did not ask the other party the same question. Further, when Petitioner replied to Defendant 1 whether Petitioner has to answer his questions, Defendant 1 clearly said:"Yes you have to answer". In fear of being held in contempt of court, Petitioner, against his will and with humiliation, truthfully answered Defendant 1's questions. Defendant 1's behavior constituted severe misconduct in that a.) Defendant 1 made ex parte questioning against Petitioner and b.) Defendant 1 trampled Petitioner's constitutional rights of remaining silent in court of law by forcing Petitioner to answer questions.

3.) Trampling Petitioner's Constitutional Rights

a.) On the 16MAR2023 Zoom hearing, Defendant 1 makes ex parte questioning against Petitioner and orders Petitioner to answer those questions. Defendant 1's behavior severely violates my constitutional rights of remaining silent in court of law.

b.) On 26MAY2022, Defendant 1 issues an order directing Mr. Zlock to send Petitioner approximately 13 authorizations and directing Petitioner to sign on those authorizations, despite the fact that Defendant 1 does not even know what will be in those authorizations. Further, Defendant 1 threatens Petitioner with jail time if Petitioner does not sign on those authorizations. While Defendant 1 may have authority to issue subpoenas to relevant financial institutions to retrieve an individual's information, he does not have the authority to order an individual to sign documents against the individual's will. The Fifth Amendment to the U.S. Constitution categorically protects each and every individual's constitutional rights against self-incrimination.

c.) On 21MAR2023, Defendant 1 issues an order directing Petitioner to sign a 4506-T IRS Form to enable Mr. Zlock to retrieve Petitioner's tax records directly from the IRS. Again, Defendant 1 violates Petitioner's constitutional rights against self-incrimination. Why does Defendant 1 not issue a subpoena instead to the IRS to retrieve Petitioner's tax records? Further, in the 21MAR2023 Order, Defendant 1 directs to award the other party $30,000 credit and directs Petitioner to pay Mr. Zlock $3,000 interim counsel fee. On the other hand, Defendant 1 ignores Petitioner's righteous Motion to Review Bank Statements on Escrow Account, which was filed with Defendant 2 on 15MAR2023. Almost $500,000 has been sitting in an escrow account solely held and controlled by Mr. Zlock for more than 3 and half years, yet Petitioner has never received monthly bank statements on the escrow account. It is obvious that the 21MAR2023 Order is judicial

2

oppression and persecution inflicted upon Petitioner by racist Defendant 1 who is unlawfully depriving Petitioner of his property.

4.) Defendant 2 Takes No Action to Stop Judicial Oppression and Persecution

On 29MAR2023, Petitioner filed with Pennsylvania Judicial Conduct Board a formal complaint against Defendant 1. On 30MAR2023, Petitioner filed with Defendant 2 Motion to Recuse Defendant 1. However, Defendant 2 continues to allow Defendant 1 to issue orders in retaliation against Petitioner, trampling Petitioner's constitutional rights.

** Petitions:

Petitioner is a diagnosed severe depression patient. The blatant racial discrimination against Petitioner and serious violation of Petitioner's constitutional rights committed by defendant 1 and Defendant 2 caused Petitioner tremendous harm and excruciating pain, and exasperated Plaintiff's depression. As a result, Petitioner lost employment on 03APR2023. For the harm Petitioner suffered and for his loss of employment and for his loss of enjoyment in life, all caused by Defendant 1 and Defendant 2, Petitioner humbly and respectfully petitions this Court to award Petitioner the following damages, as per applicable laws:

1.) Compensatory and punitive damages in the amount of $2,000,000, from Defendant 1; and

2.) Compensatory and punitive damages in the amount of $5,000,000, from Defendant 2.

** Petitioner's Declaration of Dignity and Constitutional Rights:

1.) In America, nobody, not even the U.S. President, not even the U.S. Supreme Court Justice, can order someone to sign a document against his or her will;

2.) Prior to completion of investigation into his misconduct by Pennsylvania Judicial Conduct Board, Defendant 1 is unfit to preside over the Feng v Zhang case to avoid conflict of interests;

3.) Judicial oppression and persecution inflicted upon Petitioner by Defendant 1 and Defendant 2 is not going to deter Petitioner from upholding and defending his constitutional rights.

Sincerely and Respectfully,

Huofa Michael Zhang

April 12, 2023

3