IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Huofa Michael Zhang**,<br><br>*Plaintiff,*<br><br>v.<br><br>**Judge Daniel Clifford and Court of Common Pleas of Montgomery County Pennsylvania**,<br><br>*Defendants.* | **Case No. 2:23-cv-1433-JDW** |

### ORDER

AND NOW, this 3rd day of August, 2023, upon consideration of the Motion To Dismiss Filed On Behalf Of The Judicial Defendants (ECF No. 7), for the reasons given in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Joshua D. Wolson
United States District Judge